UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| ANTON SCOTT HALEY | § | |
|---|---|---|
| | § | CIVIL ACTION NO. **2:24-cv-00075** |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| ARC-817, LLC | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, ANTON SCOTT HALEY Plaintiff and ARC-817, LLC., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED: June 5, 2024           FOR ANTON SCOTT HALEY, Plaintiff

BY:    */s/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(956) 599-2596 - Fax
Texas State Bar ID No. 19823800

Federal Bar ID 13098

DATED: June 6, 2024  FOR ARC-817, LLC, Defendant

BY: __*/s/ Bradford P. Klager*__
Mr. Michael E. Richardson
Mr. Bradford P. Klager
HILLIARD LAW
719 Shoreline Blvd.
Corpus Christi, Texas 78401
(361) 882-1612 – Office
(361) 882-3015 - Fax