United States District Court
Southern District of Texas
**ENTERED**
June 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTON SCOTT HALEY, | § § § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00075 |
| | § § | |
| ARC-817, LLC, | § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 15); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). The Court deems the stipulation effective as to both Plaintiff's claims against Defendant and Defendant's counterclaim against Plaintiff. *See* (D.E. 1; D.E. 7; D.E. 15).

Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney's fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
    June__6__, 2024